FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR 16 2018

JAMES W. McCORMACK, CLERK
By:_____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 4:18CR 00178 JM |
| vs. | ) | |
| | ) | 18 U.S.C. § 922(g)(1) |
| JAMES ROBINSON | ) | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

A.  Prior to September 16, 2017, the defendant,

JAMES ROBINSON,

had previously been convicted as follows:

1. In Pulaski County Circuit Court for possession of a controlled substance, in criminal case CR 92-03279;

2. In Pulaski County Circuit Court for battery – 2nd degree, in criminal case CR 93-00460;

3. In Pulaski County Circuit Court for possession of firearms by certain persons, in criminal case CR 98 002345;

4. In Pulaski County Circuit Court for possession of firearm by certain persons, terroristic threatening 1st degree, and aggravated assault, in criminal case CR 99 00254;

5. In Pulaski County Circuit Court for battery – 2nd degree, possession/use of weapon-incarcerated persons, and aggravated assault, in criminal case CR 99 001794;

6. In Pulaski County Circuit Court for criminal mischief 1st degree, in criminal case CR 2006 002533;

      7.    In Pulaski County Circuit Court for DWI 4th or subsequent offense and fleeing, in criminal case CR 2008 005260;

B.    The crimes set forth in paragraph A above were punishable by a term of imprisonment exceeding one year.

C.    On or about September 16, 2017, in the Eastern District of Arkansas,

JAMES ROBINSON,

did knowingly possess a firearm in and affecting commerce, to wit, a Hi-Point, model 4595, .45 caliber rifle with an unknown serial number, thereby violating Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

Upon conviction of Count 1 of this Indictment, the defendant, JAMES ROBINSON, shall forfeit to the United States, under Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense, including, but not limited to, the following specific property:

1.    One (1) Hi-Point, model 4595, .45 caliber rifle with an unknown serial number; and

2.    All ammunition seized on September 16, 2017.

[End of Text.   Signature page attached.]