IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   4:18CR00178 JM |
| | ) |
| JAMES ROBINSON | ) |

### UNITED STATES' RESPONSE TO DEFENDANT'S MOTION FOR TEMPORARY RELEASE FROM CUSTODY

Comes now the United States of America by and through its attorney Cody Hiland, United States Attorney for the Eastern District of Arkansas and Stephanie Mazzanti, Assistant United States Attorney for said district and in response to defendant James Robinson's motion for temporary release from custody states as follows:

On March 26, 2018, United States Magistrate Judge Joe J. Volpe entered an order of detention finding by clear and convincing evidence that the defendant is a danger to the community, and no condition or combination of conditions will assure its safety.   (DCD 15). The Court noted the defendant's lengthy criminal history involving alcohol abuse and violent behavior.  *Id*.   The defendant has multiple felony convictions, including convictions for battery, aggravated assault, terroristic threatening 1st degree, and possession of firearms by certain persons.   The Court noted a 2014 conviction for assault on a family or household member, stating, "I am also uncomfortable with the proposed release plan which would place Mr. Robinson in the home of his ex-wife, who has taken out several orders of protection against the Defendant in the past."  *Id*.   From 2010 through 2014, the defendant was the subject of many incident reports involving domestic disputes with his ex-wife.   The Court also found by a preponderance of the evidence that the defendant is a risk of flight, considering the defendant's

1

history of fleeing and failing to appear for court.   *Id*.

The defendant requests permission for his ex-wife to pick him up from Bowie County Correctional Facility in Texarkana, Texas, and escort him to the funeral services for the his grandfather in Little Rock on November 16 and 17, 2018.   This is the same ex-wife referenced by Judge Volpe in his order of detention.   In light of the evidence presented at the detention hearing regarding the defendant's history of violence, the findings that he is a danger to the community and a flight risk, and the issues regarding the proposed third-party custodian, the United States objects to the defendant's motion.

**WHEREFORE**, the United States requests that defendant's motion for temporary release from custody be denied.

Respectfully Submitted,

CODY HILAND
United States Attorney

*/s/Stephanie Mazzanti*
STEPHANIE MAZZANTI
AR Bar Number 2006298
Assistant U.S. Attorney
P. O. Box 1229
Little Rock, AR   72203
Telephone:   501-340-2600
E-mail: Stephanie.Mazzanti@usdoj.gov

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this 15th day of November, 2018, a copy of the foregoing was sent by electronic notification to defense counsel.

                  */s/Stephanie Mazzanti*
                  STEPHANIE MAZZANTI