UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | PLAINTIFF |
| | ) | |
| v. | ) | No. 4:18CR00178-01 JM |
| | ) | |
| | ) | |
| JAMES ROBINSON | ) | DEFENDANT |

## REPLY TO GOVERNMENT'S RESPONSE

The Defendant, James Robinson, by and through his appointed counsel, Assistant Federal Defender Molly K. Sullivan, replies to the Government's response as follows:

1. The defense is mindful of the Court's ruling and Order on the issue of detention, as well as the Defendant's criminal history;

2. The defense, however, reminds the Court that prior to the federal Indictment, the Defendant was on bond for approximately 6 months on the underlying state case without incident;

3. Further, the Defendant was arrested on the federal Indictment at his place of employment, Ingle Fence, where he had been employed for the previous 15 years;

4. Moreover, as was the testimony at the bond hearing, the Defendant had reconciled with his ex-wife, Shimika Robinson, during the 6 months he was on state bond following his arrest and had made tremendous strides to control his alcohol addiction- the root cause of their domestic disputes;

5. Finally, the defense is aware that is some cases, temporary release to attend funeral services is granted when the family is willing and able to pay local law enforcement to escort a defendant to and from the funeral and return a defendant back to the custody of the United States Marshal at the appropriate federal holding facility. Here, while the Defendant's family is more than willing, they are not financially able to pay law enforcement and prays that the Court not punish the Defendant, or his family, for not having funds available to do so.

WHEREFORE, Mr. Robinson prays that the Court grant his Motion for temporary release from custody by allowing Mr. Robinson to travel to Little Rock, Arkansas to attend the funeral of his grandfather, Rev. George Bynum, Sr., and then return to the custody of the United States Marshal and for any other just and proper relief.

    Respectfully submitted,

    JENNIFFER HORAN
    FEDERAL DEFENDER

By:   /s/ Molly Sullivan
    Bar Number 2009200
    Molly Sullivan
    Assistant Federal Defender
    1401 W. Capitol Ave.; Suite 490
    Little Rock, AR 72201
    (501) 324-6113
    E-mail: Molly_Sullivan@fd.org

For:  James Robinson, Defendant

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this 15th day of November, 2018, a true and correct copy of the foregoing was mailed to the Defendant, and was electronically filed with the Clerk of the Court using the CM/ECF system, which shall send notification to the following:

Stephanie Mazzanti
Assistant United States Attorney
P.O. Box 1229
Little Rock, AR 72203
E-mail: Stephanie.Mazzanti@usdoj.gov

            /s/ Molly Sullivan
            Molly Sullivan