U.S. DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
FILED
JAN - 8 2019
IN OPEN COURT
JAMES W. McCORMACK, CLERK
BY: _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No.  4:18CR00178 JM |
| vs. ) | |
| ) | 26 U.S.C. § 5861(h) |
| JAMES ROBINSON ) | |

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT 1

On or about September 16, 2017, in the Eastern District of Arkansas, the defendant,

JAMES ROBINSON,

knowingly received and possessed a firearm, to wit, a Hi-Point, model 4595, .45 caliber rifle, which had the serial number and other identification required by chapter 53 of Title 26, obliterated, removed, changed, and altered, in violation of Title 26, United States Code, Sections 5842, 5861(h), and 5871.

### FORFEITURE ALLEGATION

Upon conviction of Count 1 of this Information, the defendant, JAMES ROBINSON, shall forfeit to the United States, under Title 18, United States Code, Section 924(d)(1), and Title 26, United States Code, Section 5872(a), all firearms and ammunition involved in the violation, including, but not limited to, the following specific property: One (1) Hi-Point, model 4595, .45 caliber rifle with an unknown serial number; and all ammunition seized on September 16, 2017.

CODY HILAND
United States Attorney

*/s/ Stephanie Mazzanti*
STEPHANIE MAZZANTI
AR Bar Number 2006298
Assistant U.S. Attorney
P. O. Box 1229
Little Rock, AR   72203
Telephone:   501-340-2600
E-mail: Stephanie.Mazzanti@usdoj.gov